**Raul Arturo CORONADO-HIDALGO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71614.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2012.

Filed Feb. 16, 2012.

Amy Prokop, Law Offices of Carl M. Shusterman, Los Angeles, CA, for Petitioner.

Walter Manning Evans, Esquire, Trial, Oil, Francis William Fraser, I, Esquire,

Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: THOMAS, FISHER, and IKUTA, Circuit Judges.

MEMORANDUM *

Raul Coronado–Hidalgo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' final order of removal and denial of his applications for a fraud waiver under 8 U.S.C. § 1227(a)(1)(H), cancellation of removal, and voluntary departure. Because the parties are familiar with the history of the case, we need not recount it here.

Following the BIA's decision in this case, our Court issued an opinion in *Vasquez v. Holder*, 602 F.3d 1003 (9th Cir. 2010), which may have a bearing on the outcome of the petition for review. Because the BIA has not had an opportunity to evaluate this case in light of *Vasquez* and because the BIA has not considered the applicability of 8 U.S.C. § 1227(a)(1)(H) to persons who lawfully entered the country, *see id.* at 1015 n. 12, we remand the petition for review to the BIA for its reconsideration. Given the remand, we need not-and do not-express any opinion as to any issue raised by the parties.

**REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.